IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRADLEY STEWART, a minor,
by and through next best friend and natural mother,
KELLY CAUTHEN                                                                                          PLAINTIFFS

VS.                                                                     CAUSE NO.  3:24-cv-218-HTW-LGI

THE KROGER COMPANY
AND JOHN DOE 1-10                                                                                      DEFENDANTS

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, Kroger Limited Partnership I, (incorrectly sometimes hereinafter referred to as "Kroger" or "Kroger Defendant"), by and through counsel, has removed this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and other applicable law, from the County Court of the First Judicial District of Hinds County, Mississippi, (Cause No. 24-768; MEC Case: 25CO1:24-cv-00768), to the United States District Court for the Southern District of Mississippi, Northern Division. The basis for removal is diversity of citizenship.

**Nature of the Civil Action Removed**

1.

On March 12, 2024, the Plaintiff filed the above captioned civil action. Process was served upon Defendant on or about March 19, 2024. This lawsuit first became removable to this Court at that time. A copy of the Plaintiff's Complaint and Amended Complaint filed with the Circuit Clerk of Hinds County, Mississippi, along with all process, pleadings and orders served upon this Defendant is attached hereto as **Exhibit "A"** and incorporated herein by reference.

2.

The Amended Complaint alleges that this lawsuit arose out of an incident at the Kroger Store located at 107 Highway 80 E, Clinton, Mississippi, in March 2022. The Amended

Complaint alleges, in part, that the Plaintiff, Bradley Stewart, was given the wrong prescription on Defendant's property causing him to sustain bodily injuring resulting in pain and suffering, loss of enjoyment of life, expense of medical care, and extensive treatment.

Plaintiffs seek an unlimited amount for Kroger's alleged negligence, including the following: actual and consequential damages, for physical injuries; past, present, and future suffering, past, present, and future medical expenses, and costs; loss of earning capacity; and any other special damages that may be incurred by the Plaintiffs, together with attorney fees, costs of suit and any further relief as the Court may deem proper.

**Removal Based on Diversity of Citizenship**

3.

Taking the allegations of the Amended Complaint as true, Plaintiffs are adult resident citizens of Hinds County, Mississippi

4.

Kroger Limited Partnership I, is an Ohio entity with its principal place of business located within the State of Ohio. Further, Defendant provides the following CORPORATE DISCLOSURE STATEMENT for KROGER LIMITED PARTNERSHIP I. The partners of Kroger Limited Partnership I are: KRGP Inc. is the general partner. It is an Ohio Corporation with its principal place of business located within the State of Ohio. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. The Kroger Co. is the limited partner. It is an Ohio Corporation with its principal place of business located within the State of Ohio. There are no parent corporations nor any publicly held corporations which own ten percent (10%) or more of its stock. All Defendants required for removal have consented to and/or joined in this removal.

5.

Pursuant to 28 U.S.C. § 1332 and § 1441, this Court has original subject matter jurisdiction over the present action based on diversity of citizenship, in that it is a civil action where the matter in controversy is between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. The Amended Complaint alleges and demands an unlimited amount of recovery of damages as a result of Defendant's alleged negligence.

6.

Pursuant to 28 U.S.C. § 1441, the United States District Court for the Southern District of Mississippi, Northern Division, is the federal district court for the district and division embracing the place where the state court suit is pending.

7.

**Notice to Adverse Parties and the
Clerk of the Circuit Court, Hinds County, Mississippi**

The removing defendant hereby certifies that written notice of the filing of this NOTICE OF REMOVAL has been served upon all adverse parties and a copy will be filed with the Clerk of the Circuit Court of Hinds County, Mississippi, thereby effecting the removal of this action to this Court. Pursuant to 28 U.S.C. § 1446(d) notice is hereby given that the state court action shall proceed no further unless and until the case is remanded.

**WHEREFORE, PREMISES CONSIDERED**, the removing Defendant files this NOTICE OF REMOVAL with the United States District Court for the Southern District of Mississippi, Northern Division, and respectfully prays that this Court will proceed with the handling of this case as if it had been originally filed herein, and that further proceedings in the County Court of Hinds County, Mississippi, shall proceed no further unless and until the case is remanded thereto.

**RESPECTFULLY SUBMITTED**, this the 18th day of April, 2024.

          FOR:   **KROGER LIMITED PARTNERSHIP I**

          BY:    */s/ Michael E. Phillips*
                    Michael E. Phillips

OF COUNSEL:

Michael E. Phillips (MSB #100119)
Claire K. Robinett (MSB 104984)
**HAGWOOD AND TIPTON**
124 One Madison Plaza, Suite 2300
Madison, MS 39110
Telephone: 601-608-6300
Fax: 601-362-3642
Email: mphillips@hatlawfirm.com
Email: crobinett@hatlawfirm.com

4

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, do hereby certify that I have this day served a true and correct copy of the foregoing NOTICE OF REMOVAL via the ECF and MEC systems upon the following:

Noah Drake (MSB #105215)
DRAKE COLENBERG ATTORNEYS
1120 Jackson Street
Vicksburg, MS 39183
Phone: 601-738-5078
Fax: 601-738-5568
Email: noahdrake.law@gmail.com
ATTORNEY FOR PLAINTIFF

Hon. Zack Wallace
Circuit Clerk of Hinds County
HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT
Circuit Clerk's Office
P.O. BOX 327
Jackson, MS 39205
Phone: (601) 968-6628
Fax: 601-973-5547
E-mail: zwallace@co.hinds.ms.us

**THIS**, the 18th day of April, 2024.

BY:    */s/ Michael E. Phillips*
       Michael E. Phillips